*Pro Se 2 2016*



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott a.k.a King Abdul
Mumin El, Morocco,

                     Plaintiff(s),

   v.

Heather Winslow Barr, David P. Tracy
(Individual Jointly & Severally) LAW
OFFICES OF DAVID P. TRACY &
ZOTTMAN, Sarah Hudson (Individual
Jointly & Severally) d.b.a. KING COUNTY
SUPERIOR COURT BAILIFF, Attorney
Kristin Richardson (Individual, Jointly &
Severally) d.b.a. KING COUNTY
SUPERIOR COURT Judge, Attorney
Kathryn D. Fields (Individual, Jointly &
Severally) d.b.a. KING COUNTY
SUPERIOR COURT Judge, KING
COUNTY SUPERIOR COURT, STATE
OF WASHINGTON, et al.,

                     Defendant(s).

CASE NO. **19 CV 01489 RSM**
[To be filled in by Clerk's Office]

COMPLAINT AND REQUEST FOR
INJUNCTION, TREASON,
CONSPIRACY, FRAUD,
OBSTRUCTION OF JUSTICE &
DAMAGES

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

SEP 16 2019   SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                   DEPUTY

## I.    THE PARTIES TO THIS COMPLAINT

Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

COMPLAINT AND REQUEST FOR INJUNCTION - 1

| | |
|---|---|
| Name | Joseph Stanley Pigott a.k.a. King Abdul Mumin El |
| Street Address | 604 S. 162nd St |
| City and County | Burien and KING COUNTY |
| State and Zip Code | REPUBLIC WASHINGTON STATE |
| Telephone Number | 206-566-1640 |

The Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Heather Winslow Barr |
| Job or Title *(if known)* | Nurse |
| Street Address | 108 Wells Ave. |
| City and County | Renton in KING COUNTY |
| State and Zip Code | WASHINGTON 98148 |
| Telephone Number | 206-255-5301 |

Defendant No. 2

| | |
|---|---|
| Name | David P. Tracy |
| Job or Title *(if known)* | Attorney |
| Street Address | 108 Wells Ave. So. |
| City and County | Renton in KING COUNTY |
| State and Zip Code | 98055 |
| Telephone Number | 425-277-0977 |

Defendant No. 3

| | |
|---|---|
| Name | Kristin Richardson |
| Job or Title *(if known)* | Lawyer |
| Street Address | 516 3rd Ave |
| City and County | Seattle in KING COUNTY |
| State and Zip Code | WASHINGTON 98104 |
| Telephone Number | 206-477-1641 |

*Pro Se 2 2016*

_____

Defendant No. 4

| | |
|---|---|
| Name | Kathryn D. Fields |
| Job or Title *(if known)* | Attorney |
| Street Address | 516 3rd Ave. |
| City and County | Seattle in KING COUNTY |
| State and Zip Code | WASHINGTON 98104 |
| Telephone Number | |

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be    heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

X  Federal question                    X  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Moorish American Treaty Of Peace & Friendship of 1787 & the U.S. Constitution-Treason Article 3 Section 3, Article 6 paragraph 1-3, TITLE 18 Sections 241 & 242, TITLE 18 Section 1961

*Pro Se 2 2016*

(R.I.C.O.), Fraud 18 U.S. Code § 1341.Frauds and swindles, 18 U.S. Code § 912.Officer or employee

of the United States.

_____

_____

If the Basis for Jurisdiction Is Diversity of Citizenship

The Plaintiff(s)

If the plaintiff is an individual.

The plaintiff Joseph Stanley Pigott a.k.a. King Abdul Mumin El., is a Sovereign National of the

REPUBLIC Washington State of The Kingdom Of Morocco.

If the plaintiff is a corporation.

The plaintiff, N/A Click here to enter plaintiff's name., is incorporated under the laws of the

State of (*name*) Click here to enter state, is incorporated under the laws of the State of (*name*) Click

here to enter state, and has its principal place of business in the State of (*name*) Click here to enter

plaintiff's state.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

The Defendant(s)

If the defendant is an individual.

The defendant, (*name*) Click here to enter defendant's name., is a citizen of the State of (*name*)

Click here to enter state.  Or is a citizen of (*foreign nation*) Click here to enter country..

If the defendant is a corporation.

The defendant, (*name*) Click here to enter defendant's name., is incorporated under the laws of

the State of (*name*) Click here to enter state, and has its principal place of business in the State of

(*name*) Click here to enter state.

COMPLAINT AND REQUEST FOR INJUNCTION - 5

Or is incorporated under the laws of (*foreign nation*) Click here to enter country., and has its

principal place of business in (*name*) Click here to enter location..

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## III.    THE AMOUNT IN CONTROVERSY

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount

at stake – is more than $75,000, not counting interest and costs of court, because (*explain*):

    <u>That the Defendants owe Plaintiff's over $60,000.000.00 for OBSTRUCTION OF JUSTICE &</u>

<u>intentionally Interfering with Court hearing, on 7/5/2019, in King County Superior Case No.19-2-</u>

<u>10040-1 SEA for a Fraudulent Court Order Signed, by Attorney Barbara Linde, on 10/2/2018.  This</u>

<u>hearing was an Ex Parte Communication hearing, by Attorney David P. Tracy, and his law firm.</u>

_____

_____

## IV.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the    facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.*

    Where did the events giving rise to your claim(s) occur?

    <u>In the STATE OF WASHINGTON SUPREIOR COURT OF KING COUNTY.</u>

_____

_____

*Pro Se 2 2016*

What date and approximate time did the events giving rise to your claim(s) occur?

On 10/2/2018 not sure of the time of day, 3/22/2019, 4/25/2019 at 9:00, 5/6/2019, 7/5/2019 at

10:00, 9/6/2019 at 11:00.

_____

_____

What are the facts underlying your claim(s)? (*For example: what happened to you? Who did

what? Was anyone else involved? Who else saw what happened?*)

1. That Case Number 17-3-05075-3 was unlawfully heard, 10/2/2018, Attorney Barbara Linde,

pretended to be a Judge and was denied Due Process of Law and have a Federal Criminal Investigation,

against the King County Superior Court Of King County Washington and B.A.R. Attorneys, for

HUMAN TRAFFICKING and many other crimes.  I demanded that the case for Divorce be had in an

U.S. Constitution Article III Moroccan Court, because I am a Moor/Noble and there are no Official

Judicial Bonds for the Judges & Oaths Of Offices are void.

2. That I demanded that Attorney Barbara Linde Recuse herself, but she wouldn't Recuse

   herself.  I warned her that I have been conducting a Federal Criminal Investigation

   against this Court and that she has no Jurisdiction to hear the Divorce case.  She denied

   my Demand to stop the proceedings, but she wouldn't give me a Jurisdiction Testing and

   forced herself on me.

3. I had not Consented to the hearing of the Divorce and Attorney Barbara Linde, and

   never had a proper Divorce hearing, and while I was speaking to Attorney Barbara

   Linde, she just stop listening to me and started talking to Heather Barr and was asking

   Heather to testify against me and Heather testified against me and Attorney Barbara

   Linde asked Heather Barr what did she want out of the Divorce and Attorney Barbara

COMPLAINT AND REQUEST FOR INJUNCTION - 7

Linde granted Heather Barr's wishes.  Heather Barr had her Two friends with her at the Divorce hearing

4. Then, Heather Barr, told Attorney Barbara Linde, that I have a LIS PENDENS filed against my property located at 604 So 162nd Burien, Wa. 98148, which is part of the Federal Criminal Investigation and that she could not sell the property.  So, Attorney Barbara Linde, dismissed the LIS PENDENS and granted the property to Heather Barr, over my objections.

5. Attorney Barbara Linde, Ordered me to be out of my home, by December 2, 2018, in the Final Divorce Decree.

6. The Final Divorce Order is void and was not appealed, within the 30 day period.

7. On 3/22/2019, SHAM  PLEADINGS by Attorney David P. Tracy, Heather Winslow Barr, were filed and a NOTICE OF LIMITED APPEARANCE, to obtain a MOTION TO ENFORCE REISSUANCE OF WRIT OF ASSISTANCE/RESTITUTION, without filing a new case and used the same Case Number 17-3-05075-3 SEA to sneak into the court to trick me out of my property.

8. I filed a new case against David P. Tracy, Heather Winslow Barr, LAW OFFICES OF DAVID P.TRACY & ZOTTMAN, Attorney Barbara Linde, KING COUNTY, KING COUNTY SUPERIOR COURT, FRAUD, OBSTRUCTION OF JUSTICE & BREACH OF CONTRACT, in Case Number 19-2-10040-1 SEA.

9. On 7/5/2019, David P. Tracy, and his law firm partner, was talking as a witness and Illegally represented Heather Winslow Barr and spoke for her, as if there was no Conflict of Interest and the Prosecutor Samantha Kanner, WSBA #36943 conspiracy to give Aid & Comfort Assistance to Aid & Abet Treasonous Defendants David P. Tracy to get the case dismissed, with Attorney John McHale posing a Judge.

*Pro Se 2 2016*

10. That David P. Tracy, had "EX PARTE COMMUNICATIONS with all Three Attorneys, before the hearing, as David P. Tracy's partner exclaimed that Attorney John McHale and David P. Tracy talked about the Moorish American Treaty Of Peace & Friendship Of 1787 and had told Attorney John McHale and Prosecutor Samantha Kanner that he knew how David P. Tracy thought about the Treaty.  I have the recording of the hearing.

11. That was the first time I appeared before any of these Criminals.

12. During the hearing, all three attorneys, John McHale, Sabolini (phonetic) & Samantha Kanner, admitted to being at War with the Moors and that they work for the Ku Klux Klan.

13. That Attorney John McHale admitted to being a HUMAN TRAFFICKER, as I demanded that, all Prisoners Of War be returned to me, per the Treaty Article 16.

14. Ultimately, Attorney signed a Fraudulent Order Dismissing the Complaint, to help their partners to the crime I complained about, in the Complaint.

15. Attorney John Mchale Denied me the right to call them as witnesses, because they all were testifying about facts that were not before the court.

16. After the case was dismissed, my NOTICE OF REMOVAL was still pending in the Federal District Court and is in appeal, at this time, but the Two attorneys in David P. Tracy, and his lawfirm, put another EX PARTE COMMUNICATION hearing with Attorney Kristin Richardson, to win a bogus REVISION OF THE COMMISSIONER'S RULING, on 9/6/2019, while I am in the 9th Circuit Court Of Appeals appealing Federal Judge Ricardo S. Marinez and was filed, on August 22, 2019.

17. When I asked the Attorney to send me their proof of an Official Judicial Bond, for the Bailiff and Kristin Richardson via email, the Attorney Kristin Richardson and Bailiff Sarah Hudson would not send their Bond information.

18. I also sent a copy of the NOTICE OF APPEAL from the 9th Circuit to stop the bogus hearing, but they continued to cheat me out of my HOLDER IN DUE COURSE position, in my property at 604 So. 162nd St. Burien, Wa. 98148.

19. After I asked the pretending Judge is she a B.A.R. Member, she said yes she is a B.A.R. Member, then, I asked her is she a Lawyer, and she said yes she is a lawyer.

20. I then commented that she can't sit there on the Bench holding Dual Positions, as Kristin Richardson has a lawfirm Practice.

21. There were Three Sheriffs in the Courtroom and I demanded that they arrest her for pretending to be a Judge, but KING COUNTY SHERIFF, B.B. Anderson, would not take my Constitutional Commands to arrest, Attorney Kristin Richardson, for Treason.

22. That I have filed a Claim against the KING COUNTY SHERIFF, MITZI G. JOHANKNECHT, for other Treasonous Acts, by the KING COUNTY SHERIFFS, for this Federal Criminal Investigation, for HUMAN TRAFFICKING MOORS and others to Prison.

23. Since the Attorneys fixed this case to get David P. Tracy and LAW OFFICES OF DAVID P. TRACY & ZOTTMAN and Heather Winslow Barr got their Fraudulent REVISION OF THE COMMISSIONER'S RULING, I got a notice in an email, from REDFIN, that my house is listed with a Real Estate company to sell my house for $537,533.00.

## V.     IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.*

*Pro Se 2 2016*

I need monetary damages now, because the KING COUNTY SUPERIOR COURT has

conspired to deprive me of my Compensation and has destroyed every case I have, and now, I need to

get paid, immediately. These lawyers have the KING COUNTY SUPERIOR COURT, as their war

machine, to make you lose a valid claim for compensation.

_____

_____

## VI.  RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Per my Noble rights, I demand that all Attorneys be Deported back to where they came from,

Immediately. Stop this sale of my property, located at 604 So. 162nd St. Burien, Wa. 98148 and grant a

FREE AND CLEAR Title to me, for their Misconduct of conspiracy to use the Court for their personal

business. That the lawsuit Case Number 19-2/10040-1 SEA was for $60,000.000.00, for their not

being Judges and Punitive Damages, for their Misconduct to steal my property for not starting a real

UNLAWFUL DETAINER ACTION/FORECLOSURE, that a home owner deserves, in order to make

the home owner move, plus, Attorney Kathryn D. Fields told David P. Tracy, that I am a homeowner

and he can't do this kind of case to get me out of my home, in a FAMILY LAW COURT, when I got a

Court Order from her, on 4/25/2019.

_____

_____

## VII.  CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT AND REQUEST FOR INJUNCTION - 11

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is

supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing

existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will

likely have evidentiary support after a reasonable opportunity for further investigation or discovery;

and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers

may be served. I understand that my failure to keep a current address on file with the Clerk's Office

may result in the dismissal of my case.

Date of signing:            9/16/2019

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:            _____

Signature of Plaintiff      _____

Printed Name of Plaintiff   _____

Date of signing:            _____

Signature of Plaintiff      _____

Printed Name of Plaintiff   _____

*PLAINTIFF'S ADDITIONAL DEFENDANTS LIST*

*Case No.*

*The defendant, Kathryn D. Fields, is a citizen of the State of WASHINGTON & is a citizen of (foreign nation) UNITED STATES, INC.*

*The defendant, David P. Tracy, is a citizen of the State of WASHINGTON & is a citizen of (foreign nation) UNITED STATES, INC.*

*The defendant, Kristin Richardson, is a citizen of the State of WASHINGTON & is a citizen of (foreign nation) UNITED STATES, INC.*

*The defendant, Sarah Judson, is a citizen of the State of WASHINGTON & is a citizen of (foreign nation) UNITED STATES, INC.*

If the defendant is a corporation.

*The defendant, LAW OFFICE OF DAVID P. TRACY & ZOTTMAN, is incorporated under the laws of the State of WASHINGTON, and has its principal place of business in the State of WASHINGTON.*

If the defendant is a corporation.

*The defendant, KING COUNTY SUPERIOR COURT, is incorporated under the laws of the State of WASHINGTON, and has its principal place of business in the State of WASHINGTON.*

If the defendant is a corporation.

*The defendant, KING COUNTY, is incorporated under the laws of the State of WASHINGTON, and has its principal place of business in the State of WASHINGTON.*