

King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott a.k.a King Abdul Mumin El, Morocco

CASE NO. 19 CV 01489 RSM

*Plaintiff(s)*

v.

Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF DAVID P. TRACY & ZOTTMAN, Sarah Hudson (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, KING COUNTY SUPERIOR COURT, STATE OF WASHINGTON, et al.,

PLAINTIFF KING ABDUL MUMIN EL'S ORDER GRANTING PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY & TREASON

\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

SEP 16 2019  SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                            DEPUTY

Defendant(s).

**ORDER GRANTING PRELIMINARY INJUNCTION**

THIS MATTER comes before the Court on Plaintiff Autodesk, Inc.'s motion for a preliminary injunction. Having reviewed the papers filed in support of and in opposition to

this motion (if any), and being fully advised, the Court finds that KingAbdulMuminEl has

demonstrated both a strong likelihood of success on the merits and the possibility that it

faces immediate, irreparable injury from Defendant's conduct. Accordingly, Autodesk is

entitled to provisional injunctive relief, and the Court GRANTS King Abdul Mumin El's

motion as follows:

1. Upon finding that plaintiff King Abdul Mumin El has carried its burden showing of
a) the possibility of irreparable injury, and (b) a likelihood of success on the merits, this
Preliminary Injunction is granted pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C.
§1116(a), and the inherent equitable powers of the Court.

2. The Court hereby preliminarily RESTRAINS AND ENJOINS Defendant,

its agents, servants, employees, attorneys, and all others in active concert or participation with Defendant, from using any Court of the land, including Court Rule Books, Statutes & Codes, without being a Moor.

3. The Court hereby preliminarily ENJOINS Defendant, its agents, servants, employees, attorneys, and all others in active concert or participation with Defendants, to take corrective action as necessary to recall or otherwise replace any previous Treaty of the Moors & United States Constitution signed, by the United States Of America Congress.

4. This Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.

5. King Abdul Mumin El is directed to file proof of bond, in the amount of $100,000,000.00, within three court days of this Order. The bond shall serve as security for all claims with respect to this Preliminary Injunction, and any additional injunctive relief ordered by the Court in this action.

DATED this___day of_____, 2007 at _____ a.m./p.m.

Joseph S. Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington 98148
*Dated: 9/16/2019 PH. 206-566-1640*