Case # 19-CV-01489 RSM

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Heather W. Barr + David P. Tracy
was received by me on *(date)* 9/18/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or  5:24pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Left the Summons + Complaint at a conspicuous place, at door for David P. Tracy + Heather W. Barr, at 108 Wells Ave. S., Renton, Wa. 98057.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/18/19

*Aja White*
Server's signature

Aja White
Printed name and title

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

SEP 25 2019   GT
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

14901 SE 272nd St, O 103
Server's address
Kent WA 98042

Additional information regarding attempted service, etc: