AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case # 19-CV-01489 RSM

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* King County Superior Court
was received by me on *(date)* 9/18/19.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or 4:04

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Karissa Zeno _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/18/19

_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 25 2019  GT
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

*Server's signature*
Aja White
*Printed name and title*

14901 SE 272nd St, Kent WA 98042  0103
*Server's address*

Additional information regarding attempted service, etc: