UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH S. PIGOTT,

                      Plaintiff,

v.

HEATHER WINSLOW BARR, et al.,

                      Defendants.

CASE NO. C19-1489-RSM

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient. He indicates no income or sources of money and expenses of $100.00 per month for his car. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. The revised application must explain how plaintiff meets all basic monthly expenses, including food, shelter, transportation, and utilities. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 2nd day of October, 2019.

                      WILLIAM M. MCCOOL, Clerk

                      By:  s/ Paula McNabb
                              Deputy Clerk