```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

         OCT 07 2019        GT
              AT SEATTLE
        CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

## ALLONGE TO NOTE

DATE OF NOTE:        10/3/2019

BORROWER             JOSEPH S. PIGOTT

PROPERTY ADDRESS     604 S. 162nd ST
                     BURIEN, WA. 98148

LOAN AMOUNT          $400.00 Filing Fee

LOAN NUMBER          19-CV-01489

PAY TO THE ORDER OF

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

WITHOUT RECOURSE

JOSEPH S. PIGOTT

_/s/ Joseph S. Pigott_
Joseph S. Pigott

# DUE ON DEMAND PROMISSORY NOTE

**LOAN REF. # 19-CV-01489**

$400.00                                                                 Date: October 3, 2019

For value received, the undersigned Joseph S. Pigott (the "Borrower"), at 604 South 162nd Street, BURIEN, Washington 98148, promises to pay to the order of UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. (the "Lender"), at 700 Stewart St, Seattle, Washington 98101. (or at such other place as the Lender may designate in writing), the sum of $400.00 with interest from October 3, 2019, on the unpaid principal at the rate of 18% per annum.

## I. TERMS OF REPAYMENT

**A. Payments.** The unpaid principal and accrued interest shall be payable in full on any future date on which the Lender demands repayment (the "Due Date").

**B. Application of Payments.** All payments on this Note shall be applied first in payment of accrued interest and any remainder in payment of principal.

## II. PREPAYMENT

The Borrower reserves the right to prepay this Note by making payment in full of the then remaining unpaid principal and accrued interest.

## III. COLLECTION COSTS

If any payment obligation under this Note is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

## IV. DEFAULT

If any of the following events of default occur, this Note and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:

   1) the failure of the Borrower to pay the principal and any accrued interest when due;

   2) the liquidation, dissolution, incompetency or the death of the Borrower or Lender;

   3) the filing of bankruptcy proceedings involving the Borrower as a debtor;

4) the application for the appointment of a receiver for the Borrower;

5) the making of a general assignment for the benefit of the Borrower's creditors;

6) the insolvency of the Borrower;

7) a misrepresentation by the Borrower to the Lender for the purpose of obtaining or extending credit.

8) the sale of a material portion of the business or assets of the Borrower.

## V. SEVERABILITY OF PROVISIONS

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

## VI. MISCELLANEOUS

All payments of principal and interest on this Note shall be paid in the legal currency of the United States. The Borrower waives presentment for payment, protest, and notice of protest and demand of this Note.

No delay in enforcing any right of the Lender under this Note, or assignment by Lender of this Note, or failure to accelerate the debt evidenced hereby by reason of default in the payment of a monthly installment or the acceptance of a past-due installment shall be construed as a waiver of the right of Lender to thereafter insist upon strict compliance with the terms of this Note without notice being given to Borrower. All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Lender's option.

This note may not be amended without the written approval of the holder.

## VII. GOVERNING LAW

This Note shall be construed in accordance with the laws of the State of Washington.

## VIII. SIGNATURES

This Note shall be signed by Joseph S. Pigott Without Recourse and on behalf of UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.

**IN WITNESS WHEREOF, this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.**

Signed this 3rd day of October, 2019, at Burien, Washington.

Borrower:
Joseph S. Pigott

By: *M. Joseph S. Pigott*
Joseph S. Pigott WITHOUT RECOURSE

Lender:
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

By: _____

ASSIGNMENT

[ONLY COMPLETE THE FOLLOWING INFORMATION TO ASSIGN PAYMENTS TO A NEW PARTY.]

For value received, the above Note is assigned and transferred to

_____, ("Assignee") of

_____, _____,
(City)(State/province)

_____.
(Country)

Dated: _____

By:_____