
 

## Moorish National Republic Federal Government
### Societas Republicae Ea Al Maurikanos
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
#### Temple of the Moon and Sun
#### The True and De Jure Natural Peoples – Heirs of the Land
##### ~ I.S.L.A.M. ~

For the record, on the record, and let the record show

**This Document is my obligation to pay in honor of House Joint Resolution 192**

**Memorandum to Waive All COURT Document Fees** Case No. 19-cv-01489 RSM

To:     Court Clerk (Washington) Republic
        700 Stewart Street
        Seattle, Washington Territory [98101]

From: King Abdul Mumin El ex. Relation to Joseph Stanley Pigott (All Rights Reserved without Prejudice)
        (Washington) Republic [98101]

```
____FILED    ____ENTERED
____LODGED   ____RECEIVED

   OCT 07 2019    GT
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

To the United States District Court Clerk of the WESTERN DISTRICT OF SEATTLE:

I, King Abdul Mumin El, is an Aboriginal Indigenous Divine Natural Moorish American Man, In Propria Persona (And Not Pro Se Nor Colorable) due hereby declare and affirm the following Treaties, Supreme Law of the Land, National and International Declarations, and Case Law to be applicable with regard to waiver of all United States District Court fees for cases, lawsuits, copying, sending, receiving, and viewing documents for Public viewing and use:

   1. The Treaty of Peace and Friendship 1786/1836
   2. The Constitution of United States Republic of North America 1789/1791– as well as stated amendments, Supreme Court stare decisi and res judicata.
   3. United Nations Declaration of Rights of Indigenous People, 2010.
   4. United Nations Declaration of Human Rights

**5. Oaths of Affirmation are taken by all officers including Officers of Courts and Clerks of the court and that all are public servants, completely aware of HJR 192 and all practice in unlawful forms of money to extort the people but are set at play to protect the rights of the Natural People and the Citizens. Via the Clearfield Document and Supreme Court no individual can be forced or coerced to conduct business in unlawfully money.**

**6. Lawful Money: any form of currency issued by the United States Treasury, and not the Federal Reserve System. It Includes gold and silver coins, Treasury Notes, and Treasury bonds, and is also known as "species" which means "in actual form."**

- *"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.*
- *This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*
- *The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."*

## United States Constitution, Amendment IX

- *"The enumeration in the Constitution, of certain rights, shall <u>not be</u> construed to deny or disparage others retained by the people"*







### Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
#### ~ Temple of the Moon and Sun ~
#### The True and De Jure Natural Peoples – Heirs of the Land
#### ~ I.S.L.A.M. ~

### Supreme Court Case Law (stare decisi and res judicata):

**W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

**T**he state is prohibited from violating Substantive Rights. **Owens v. City, 445 US 662 (1980)**; and it cannot do by one power that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159**, nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

**T**herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);  The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a REMOVAL of any and all unconstitutional fees demanded by the United States District Court Clerk for the viewing, use, copying, sending, or receiving of documents for Public use of any kind.

I Respectfully, with 'Good Faith', and with Honor, demand free access to the Court and it's documents by Right, with said access unhindered.

I, **King Abdul Mumin El**, are real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mothers, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

# This Document is my obligation to pay in honor of House Joint Resolution 192

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice),
All Rights Reserved Without Prejudice / Recourse; Allodial Claim.

I Am: *King Abdul Mumin El*

Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

Aboriginal / Indigenous, free Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands Al Moroc / Ameru / Americana)



# Moorish National Republic Federal Government
## ～ Societas Republicae Ea Al Maurikanos ~ ～
### Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
～ Temple of the Moon and Sun ～
The True and De Jure Natural Peoples – Heirs of the Land
～ I.S.L.A.M. ～

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.