WAWD (Rev. 2/2018) IFP and Written Consent

# UNITED STATES DISTRICT COURT

## Western District of Washington

Joseph Stanley Pigott, et al.

**Plaintiff**

vs.

KING COUNTY

**Defendant(s)**

Case Number: 19-CV-01489 RSM

AMENDED

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Joseph Stanley Pigott declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: _____

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ _____ BY

    Name and address of employer _____

☑ No   Date of last employment 4/2012   Total amount of last net monthly salary $ 1600.00

2. If married, is your spouse presently employed?   ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

    Name and address of employer _____

☑ No   Date of spouse's last employment _____   Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment   $ —0—

b. Income from rent, interest or dividends   $ —0—

c. Pensions, annuities or life insurance payments   $ —0—

d. Disability, unemployment, workers compensation or public assistance   $ —0—

e. Gifts or inheritances   $ —0—

f. Money received from child support or alimony   $ —0—

g. Describe any other source of income Donation for Case   $ 140.00

FILED _____   ENTERED _____
LODGED _____   RECEIVED _____

OCT 15 2019   SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**4. List the amount for each of the following for you and/or your spouse:**

Cash on hand $ _25.00_    Checking Account $ _120.00_    Savings Account $ _____

**5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:**

☑ Yes

☐ No    _Car_    $ _1000.00_

**6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )**

☐ Yes

☑ No    $ _____

**7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.**

_I get S.N.A.P., help with Electric bill about $50.00 + gas about $50.00 a month. Plus, I live in my home I am fighting for, in this case._    $ _Est. $1020 0_

**8. Provide any other information that will help explain why you cannot pay court fees and costs.**

_This is a Federal Case that I am a Federal officer and should not have to Pay Court fees, when this is my Court, in the first Place. It is a burden to come up with $400.00 filing fee. I have Paid the filing fee._

I declare under penalty of perjury that the foregoing is true and correct.

_10/15/2019_    _Mr. Joseph S. Pigott_
**Executed on: (Date)**    **Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) _Joseph S. Pigott_

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

_10/15/2019_    _Mr. Joseph S. Pigott_
**Executed on: (Date)**    **Signature of Plaintiff**