King Abdul Mumin El
Of The Kingdom Of Morocco

```
____FILED      ____ENTERED
____LODGED     ____RECEIVED

    OCT 15 2019      SP
           AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al.,

Plaintiff(s),

KING COUNTY, et al.,

Defendant(s).

CASE NO. 19-CV-01489 RSM

## REQUEST FOR ENTRY OF DEFAULT

Comes now and hereby requests the Clerk to enter a default against the defendant, David P. Tracy, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Attorney for Plaintiff