```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        OCT 15 2019

            AT SEATTLE
        CLERK U.S. DISTRICT COURT
BY    WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

King Abdul Mumin El
Of The Kingdom Of Morocco

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., <br><br> Plaintiff(s), <br><br> KING COUNTY, et al., <br><br> Defendant(s). | CASE NO. 19-cv-01489 RSM |

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on David P. Tracy and service of process was had on the defendant LAW OFFICES OF DAVID P. TRACY & ZOTTMAN on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_[signature]_
Date: 10/11/2019
Plaintiff