King Abdul Mumin El
Of The Kingdom Of Morocco

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

OCT 15 2019  SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., | CASE NO. 19-CV-01489 RSM |
|---|---|
| Plaintiff(s), | |
| KING COUNTY, et al., | |
| Defendant(s). | |

## REQUEST FOR ENTRY OF DEFAULT

Comes now and hereby requests the Clerk to enter a default against the defendant, LAW OFFICES OF DAVID P. TRACY & ZOTTMAN, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

[signature]
Date: 10/11/19
Attorney for Plaintiff