```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

    OCT 15 2019

       AT SEATTLE
    CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                          DEPUTY
```



King Abdul Mumin El
Of The Kingdom Of Morocco

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., | CASE NO. 19-cv-01489 RSM |
|---|---|
| Plaintiff(s), | |
| KING COUNTY, et al., | |
| Defendant(s). | |

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on LAW OFFICES OF DAVID P. TRACY & ZOTTMAN and service of process was had on the defendants attorney LAW OFFICES OF DAVID P. TRACY & ZOTTMAN on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal

Rules of Civil Procedure.

*[Signature]*
Date: 10/11/2019
Plaintiff