

King Abdul Mumin El
Of The Kingdom Of Morocco

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

         OCT 15 2019        SP
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
     BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., <br><br> Plaintiff(s), <br><br> KING COUNTY, et al., <br><br> Defendant(s). | CASE NO. <u>19-CV-01489 RSM</u> |

## REQUEST FOR ENTRY OF DEFAULT

Comes now and hereby requests the Clerk to enter a default against the defendant, Heather Winslow Barr, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*[signature]*
Date 10/15/2019
Attorney for Plaintiff