

King Abdul Mumin El
Of The Kingdom Of Morocco

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al.,

Plaintiff(s),

KING COUNTY, et al.,

Defendant(s).

CASE NO. 19-cv-01489 RSM

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on Heather Winslow Barr and service of process was had on the defendants attorney LAW OFFICES OF DAVID P. TRACY & ZOTTMAN on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal

Rules of Civil Procedure.

_____
Plaintiff
Date: 10/11/2019