King Abdul Mumin El
Of The Kingdom Of Morocco

```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

       OCT 15 2019      SP
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al.,

CASE NO. 19-CV-01489 RSM

Plaintiff(s),

KING COUNTY, et al.,

Defendant(s).

## REQUEST FOR ENTRY OF DEFAULT

Comes now and hereby requests the Clerk to enter a default against the defendant, KING COUNTY SUPERIOR COURT, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*[signature]*

Attorney for Plaintiff