___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

OCT 15 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



King Abdul Mumin El
Of The Kingdom Of Morocco

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., Plaintiff(s), KING COUNTY, et al., Defendant(s). | CASE NO. 19-cv-01489 RSM |
|---|---|

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on KING COUNTY SUPERIOR COURT and service of process was had on the defendant KING COUNTY on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_[signature]_
_[date]_
Plaintiff