

King Abdul Mumin El
Of The Kingdom Of Morocco



```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

    OCT 15 2019
        AT SEATTLE
    CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                          DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al.,

CASE NO. 19-cv-01489 RSM

Plaintiff(s),

KING COUNTY, et al.,

Defendant(s).

# DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on Sarah Hudson and service of process was had on the defendant KING COUNTY on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

*[signature]*
Date: 10/11/2019
Plaintiff