King Abdul Mumin El
Of The Kingdom Of Morocco

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 15 2019 SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al.,

Plaintiff(s),

KING COUNTY, et al.,

Defendant(s).

CASE NO. 19-CV-01489 RSM

### REQUEST FOR ENTRY OF DEFAULT

Comes now and hereby requests the Clerk to enter a default against the defendant, Kristin Richardson, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Attorney for Plaintiff