_____ FILED          _____ ENTERED
_____ LODGED     _____ RECEIVED

OCT 15 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                                    DEPUTY



King Abdul Mumin El
Of The Kingdom Of Morocco

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ___Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., | CASE NO. 19-cv-01489 RSM |
| Plaintiff(s), | |
| KING COUNTY, et al., | |
| Defendant(s). | |

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the

following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on Kristin Richardson and service of process was had on the defendant

KING COUNTY on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action

served, and the defendant has failed to plead or otherwise defend as provided by the Federal

Rules of Civil Procedure.

Date 10/11/2019
**Plaintiff**