King Abdul Mumin El
Of The Kingdom Of Morocco

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

         OCT 15 2019   SP
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., | CASE NO. 19-cv-01489 RSM |
| Plaintiff(s), | |
| KING COUNTY, et al., | |
| Defendant(s). | |

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed herein on KING COUNTY and service of process was had on the defendant KING COUNTY on 9/18/2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_[signature]_
_Date: 10/15/2019_
Plaintiff