King Abdul Mumin El
Of The Kingdom Of Morocco

```
_____FILED      _____ENTERED
_____LODGED     _____RECEIVED

          OCT 15 2019    SP
                AT SEATTLE
           CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
BY                             DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| Joseph Stanley Pigott a.k.a. King Abdul Mumin-El, et al., | |
|---|---|
| Plaintiff(s), | CASE NO. <u>19-CV-01489 RSM</u> |
| KING COUNTY, et al., | |
| Defendant(s). | |

## REQUEST FOR ENTRY OF DEFAULT

Comes now and hereby requests the Clerk to enter a default against the defendant, STATE OF WASHINGTON, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*[signature]*
Attorney for Plaintiff