Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Heather Winslow Barr, David P. Tracy (individual Jointly & Severally) Law Offices of David P. Tracy & Zottman, Sarah Hudson (individual Jointly & Severally) d.b.a. King County Superior Court Bailiff, Attorney Kristin Richardson (individual Jointly & Severally) d.b.a King Couonty Superior Court Judge, Attorney Kathryn D. Fields (individual Jointly & Severally) d.b.a. King County Superior Court Judge, King County Superior Court, Sate of Washington, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-01489 RSM<br><br>**NOTICE OF APPEARANCE** |

**TO:　　　Clerk Of The Court**
**AND TO:　All Parties**

　　　PLEASE TAKE NOTICE that that the undersigned counsel, Matthew Cunanan, and DC Law Group, appears on behalf of Defendants, HEATHER WINSLOW BARR, DAVID. P TRACY, and LAW OFFICES OF DAVID P. TRACY. Copies of all further papers and pleadings herein, except original process, shall be served upon the undersigned along with all others above-named.

NOTICE OF APPEARANCE– Page **1** of **2**

**DC Law Group NW**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494-0400 Fax: (855) 494-0400

1  DATED: October 3, 2019

2  DC Law Group NW

3  _____
   Matthew Cunanan, WSBA # 42530
4  matthew@dclglawyers.com
   Of Attorneys for Defendants