Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Heather Winslow Barr, David P. Tracy (individual Jointly & Severally) Law Offices of David P. Tracy & Zottman, Sarah Hudson (individual Jointly & Severally) d.b.a. King County Superior Court Bailiff, Attorney Kristin Richardson (individual Jointly & Severally) d.b.a King Couonty Superior Court Judge, Attorney Kathryn D. Fields (individual Jointly & Severally) d.b.a. King County Superior Court Judge, King County Superior Court, Sate of Washington, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-01489 RSM<br><br>**ANSWER** |

**TO:**　　　**Clerk Of The Court**
**AND TO:**　**All Parties**

　　COMES NOW, Heather Barr, David Tracy and Law Offices of David P. Tracy and Zottman, herein and do answer and deny against Plaintiff's Complaint, as follows:

　　1.　　Defendants plead that this matter should dismissed pursuant to Federal CR 12 (B)(5) and (6). More specifically, for insufficient service of process and failure to state a claim upon which relief can be granted.

ANSWER– Page **1** of **2**

2. Defendants plead general denial of all claims by Plaintiff in response to sections I through VII and paragraphs 1 – 23.

3. Defendants plead res judicata and collateral estoppel.

WHEREFORE, having fully answered denied and affirmatively alleged against plaintiff's complaint, defendant pray for the following relief:

1. That plaintiff's complaint be dismissed with prejudice.
2. That defendant recovers their reasonable costs and reasonable attorney's fees.
3. For all such other relief which the Court shall deem just and equitable

DATED: October 22, 2019

DC Law Group NW

*/s/ Matthew Cunanan*
Matthew Cunanan, WSBA # 42530
matthew@dclglawyers.com
Of Attorneys for Defendants