Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El,<br>　　　　　Plaintiff,<br>　v.<br>Heather Winslow Barr, David P. Tracy (individual Jointly & Severally) Law Offices of David P. Tracy & Zottman, Sarah Hudson (individual Jointly & Severally) d.b.a. King County Superior Court Bailiff, Attorney Kristin Richardson (individual Jointly & Severally) d.b.a King Couonty Superior Court Judge, Attorney Kathryn D. Fields (individual Jointly & Severally) d.b.a. King County Superior Court Judge, King County Superior Court, Sate of Washington, et al.,<br>　　　　　Defendants. | Case No. 2:19-cv-01489 RSM<br><br>**PROOF OF SERVICE** |

### Certificate of Service

I certify under penalty of perjury that on the date this document was filed, a copy of this document, including the **Notice of Appearance** and **Answer to Plaintiff's Complaint** was mailed via USPS first-class mail, postage pre-paid to:

　　Josepth Stanley Pigott
　　604 S 162ND ST
　　Burien, WA 98148

DATED: October 22, 2019

　　　　　　　　　　　　　　　　DC Law Group NW

　　　　　　　　　　　　　　　　*/s/ Matthew Cunanan*
　　　　　　　　　　　　　　　　Matthew Cunanan, WSBA # 42530
　　　　　　　　　　　　　　　　Of Attorneys for Defendants

PROOF OF SERVICE– Page **1** of **1**

**DC Law Group NW**
12055 15th Ave NE | Seattle, WA 98125
Phone: (206) 494-0400 Fax: (855) 494-0400