1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8  | Joseph Stanley Pigott a.k.a. King Abdul Mumin El, | No. 19-cv-01489 RSM

Morocco,

9  |        | NOTICE OF APPEARANCE

Plaintiff,

10

v.

11

Heather Winslow Barr, David P. Tracy (Individual

12  Jointly & Severally) LAW OFFICES OF DAVID
P. TRACY & ZOTTMAN, Sarah Hudson

13  (Individual Jointly & Severally) d.b.a. KING
COUNTY SUPERIOR COURT BAILIFF,

14  Attorney Kristin Richardson (Individual, Jointly &
Severally) d.b.a. KING COUNTY SUPERIOR

15  COURT Judge, Attorney Kathryn D. Fields
(Individual, Jointly & Severally) d.b.a. KING

16  COUNTY SUPERIOR COURT Judge, KING
COUNTY SUPERIOR COURT, STATE OF

17  WASHINGTON, et al.,

18

19  TO: Joseph Stanley Pigott, Plaintiff Pro Se

20  AND TO: Clerk of the Court;

21  AND TO: All Interested Parties:

22        YOU AND EACH OF YOU, will please take notice that Samantha Kanner hereby appear in

23  the above-entitled action on behalf of Sarah Hudson, Kristin Richardson, Kathryn D. Fields, King

NOTICE OF APPEARANCE - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Contracts Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

County Superior Court, and King County (hereinafter "King County Defendants"), without waiving

the question of:

1.  Lack of jurisdiction over the subject matter;
2.  Lack of jurisdiction over the person;
3.  Improper venue;
4.  Insufficiency of process;
5.  Insufficiency of service of process;
6.  Failure to state a claim upon which relief may be granted;
7.  Failure to join a party under Rule 19; and
8.  Statute(s) of Limitation.

You are hereby further notified that all further papers and pleadings herein, except for

original process, shall be served upon the undersigned attorneys at the address below stated.

DATED this 22nd day of October, 2019.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: /s/ Samantha Kanner
SAMANTHA KANNER, WSBA #36943
Senior Deputy Prosecuting Attorney
500 Fourth Ave., Suite 900
Seattle, WA 98104
Samantha.Kanner@kingcounty.gov
*Attorneys for King County Defendants*

NOTICE OF APPEARANCE - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Contracts Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1

## CERTIFICATE OF SERVICE

2

3
    I hereby certify that on October 22, 2019, I electronically filed the foregoing document

4
with the Clerk of the Court using the electronic filing system and sent the same in the manner

5
noted below to the following:

6
    Joseph Stanley Pigott                   *Via USPS, First Class Mail*
    604 S 162nd St

7
    Burien, WA 98148
    *Pro Se Plaintiff*

8
    Mathew J. Cunanan                *Via CM-ECF Electronic Notification*
    DC Law Group

9
    12055 15th Ave NE
    Seattle, WA 98125

10
    *Attorneys for Barr, Tracy, and Law Offices*
    *of David P Tracy & Zottman*

11

12
    I declare under penalty of perjury under the laws of the State of Washington that the

13
foregoing is true and correct.

14
    DATED this 22nd day of October, 2019.

15

16

17
                                HEIDI LAU
                                  Paralegal

18
                                  King County Prosecuting Attorney's Office

19

20

21

22

23

NOTICE OF APPEARANCE - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Contracts Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819