UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STANLEY PIGOTT,

                  Plaintiff,

   v.

HEATHER WINSLOW BARR, et al.,

                  Defendants.

CASE NO. C19-1489-RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application (Dkt. 8) is GRANTED. However, because this matter appears subject to dismissal as frivolous and/or for failure to state a claim upon which relief may be granted, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to the parties and to the assigned District Judge.

DATED this 25th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION
PAGE - 1