

King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a King Abdul Mumin El, Morocco<br><br>*Plaintiff(s)*<br><br>v.<br><br>Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF  DAVID P. TRACY & ZOTTMAN, Sarah Hudson   (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, KING COUNTY SUPERIOR COURT, STATE OF WASHINGTON, et al.,<br><br>Defendant(s). | CASE NO. 19 CV 01489 RSM<br><br>PLAINTIFF KING ABDUL MUMIN EL'S MOTION FOR PRELIMINARY INJUNCTION, DEPORTATION AND EXPEDITED DISCOVERY (FRCP 26 (d))<br><br>___ FILED  ___ ENTERED<br>___ LODGED  ___ RECEIVED<br><br>SEP 16 2019  SP<br><br>AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY ___ DEPUTY |

**MOTION FOR PRELIMINARY**

COMES NOW, Plaintiff, King Abdul Mumin El, makes and moves the Court, for an Order for

Preliminary Injunction, Deportation and Expedited Discovery, on the Grounds of Fraud, Treason and

states as follows:

## I. RELIEF REQUESTED

1. That Plaintiff Demands a Preliminary Injunction for the Illegal KING COUNTY Superior Court Order denying me my right to appeal that was signed, by Kristin Richardson, on 9/6/2018.

2. That Plaintiff Demands a Expedited Discovery of the Defendants information they are going to use as a defense.

3. That Plaintiff Demands a Deportation of all Defendants, except for Heather Winslow Barr.

## II. STATEMENT OF FACTS

4. That this MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY is supported by the information in the Complaint and Request for Injunction and supporting Declaration of King Abdul Mumin El.

5. (1) That King Abdul Mumin El is likely to succeed on the merits of his claims; (2) That King Abdul Mumin El is likely to suffer irreparable harm without preliminary relief; (3) the balance of equities between the parties support an injunction; and (4) the injunction is in the public interest, because I have seen many innocent people locked up in prison, by illegal means made, by attorneys that defrauded many people out of their freedom.

Joseph S. Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington 98148
*Dated: 9/16/2019 PH. 206-566-1640*



King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott a.k.a King Abdul Mumin El, Morocco

CASE NO. 19 CV 01489 RSM

*Plaintiff(s)*

v.

Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF DAVID P. TRACY & ZOTTMAN, Sarah Hudson (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, KING COUNTY SUPERIOR COURT, STATE OF WASHINGTON, et al.,

Defendant(s).

PLAINTIFF KING ABDUL MUMIN EL'S MOTION FOR PRELIMINARY INJUNCTION, DEPORTATION AND EXPEDITED DISCOVERY (FRCP 26 (d))

\_\_\_\_ FILED   \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

SEP 16 2019  SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

**MOTION FOR PRELIMINARY**

COMES NOW, Plaintiff, King Abdul Mumin El, makes and moves the Court, for an Order for

Preliminary Injunction, Deportation and Expedited Discovery, on the Grounds of Fraud, Treason and

states as follows:

## I. RELIEF REQUESTED

1. That Plaintiff Demands a Preliminary Injunction for the Illegal KING COUNTY Superior Court Order denying me my right to appeal that was signed, by Kristin Richardson, on 9/6/2018.

2. That Plaintiff Demands a Expedited Discovery of the Defendants information they are going to use as a defense.

3. That Plaintiff Demands a Deportation of all Defendants, except for Heather Winslow Barr.

## II. STATEMENT OF FACTS

4. That this MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY is supported by the information in the Complaint and Request for Injunction and supporting Declaration of King Abdul Mumin El.

5. (1) That King Abdul Mumin El is likely to succeed on the merits of his claims; (2) That King Abdul Mumin El is likely to suffer irreparable harm without preliminary relief; (3) the balance of equities between the parties support an injunction; and (4) the injunction is in the public interest, because I have seen many innocent people locked up in prison, by illegal means made, by attorneys that defrauded many people out of their freedom.

Joseph S. Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington 98148
*Dated: 9/16/2019 PH. 206-566-1640*