

King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott a.k.a King Abdul Mumin El, Morocco

CASE NO. 19 CV 01489 RSM

*Plaintiff(s)*

v.

Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF DAVID P. TRACY & ZOTTMAN, Sarah Hudson (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, KING COUNTY SUPERIOR COURT, STATE OF WASHINGTON, et al.,

Defendant(s).

PLAINTIFF KING ABDUL MUMIN EL'S MEMORANDUM OF LAW IN SUPPORT FOR PRELIMINARY INJUNCTION, DEPORTATION AND EXPEDITED DISCOVERY (FRCP 26 (d))

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

SEP 16 2019   SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**MEMORANDUM OF LAW**

COMES NOW, Plaintiff, King Abdul Mumin El, makes this MEMEORANDUM OF LAW IN

SUPPORT for Preliminary Injunction, Deportation and Expedited Discovery, Fraud, Treason and states

as follows:

### I. THAT THE UNITED STATES COURT SYSTEM IS A DEMOCRATIC THAT DOES NOT USE THE MOORISH AMERICAN TREATY OF PEACE AND FRIENDSHIP OF 1787 & THE UNITED STATES OF AMERICA ORGANIC CONSTITUTIONAL ARTICLE III COURTS TO JUDGE ANY CASES.

That the United States Constitution's Article VI requires that Judges have to be Nobles/Moors to sit on the Bench to make rulings, since the Moorish American Treaty Of Peace & Friendship Of 1787 is a Moroccan Court Order made in the Court Of Morocco.

Article 14 of the Moorish American Treaty Of Peace & Friendship Of 1787 is Ordered that a United States Citizen can ONLY do Commerce and pass and repass our Country and Seaports without interruption, which means that an European can't live here, or have a Job here, in the Kingdom Of Morocco.

That the this Government is committing Treason, by allowing Europeans to be in Congress, as the White House belongs to the Moors.

This Government is using Foreign Agents/attorneys of the Queen Of England to do business on Moroccan soil, which is Treason and are not part of the Moorish American Treaty Of Peace & Friendship Of 1787 & the United States Constitution of 1789 Court Order.

### II. THE MOORISH AMERICAN TREATY OF PEACE & FRIENDSHIP OF 1787 & THE UNITED STATES CONSTITUTION IS THE SUPREME LAW OF THE LAND AND IS A DOCUMENT OF WAR AND THE UNITED STATES BELONGS TO THE MOORS AND EUROPEANS TO DO BUSINESS, PERIOD.

Since all lawyers have to register with the DE FACTO U.S. ATTORNEY GENERAL OF THE UNITED STATES to show who they work for as an agent, they can't do business, in Morocco and is in violation of the TREATY OF PARIS OF 1783 and the British people must not be on this land, as King George III left this Country.

That the lawyers are in all areas of this DE FACTO GOVERNMENT and is an RACKETEERING

INFLUENCED CORRUPT ORGANIZATION and has infiltrated these Superior Courts and United States Courts, to keep control of the Kingdom Of Morocco.

The law schools are fronts for the Queen Of England and the Popes ILLUMINATI GANG, to trick the unsuspecting United States Citizen into attending the schools and losing their rights to pass and repass our Country & Seaports and do Commerce, with the Moors and is a n International WILL that was left here for the Moors to control their DOMINIONS, ALL OVER THE WORLD.

### III. THE SUPREME LAW OF THE LAND IS NOT FOR THE 50 STATES, AS THE DE FACTO UNITED STATES GOVERNMENT MAKES PEOPLE BELIEVE IT IS WRITTEN FOR AND THE COLLEGES, SCHOOLS AND THE UNITED STATES CONGRESS IS HIDING THIS "GREAT WILL" AND THE WILL DOES NOT LET COURTS TAKE PEOPLE AS SLAVES AND TAKE PROPERTY, WHEN THE 25 ARTICLES DOES NOT ALLOW THIS TO BE.

That the KING COUNTY SUPERIOR COURT of the STATE OF WASHINGTON, is a HUMAN TRAFFICKING GANG and Framed me and sent me to prison, for almost 10 years, for nothing, as my case was dismissed, 3 days after I called 911.

The KING COUNTY PROSECUTORS and the Fake Judges hid me out in the KING COUNTY JAIL, for over 14 months, to have a Jury Trial to convict me, when I didn't know that I was a free man and Ordered Released, on 4/10/2003.

These Fake Judges are Criminals and are still sending innocent people to prison, everyday! See my blogs for evidence that supports my claims, at privateagpigott.blogspot.com & privateagpigott2.blogspot.com for my Federal Criminal Investigation for the "ETHICS IN GOVERNMENT ACT."

### IV. CONCLUSION

That this UNITED STATES COURT must grant the Preliminary Injunction and Arrest ALL Defendants, EXCEPT Heather Winslow Bar, for Treason, in violation of the United States Constitution's Article 3 Section 3, as I am a Republic Article III Counsul, Judge and Ambassador to

prosecute this ILLUMINATI GANG & take back my De Jure Government and put the Court Order back together and REPARATIONS for all People of this EMPIRE, including the Europeans/United States Citizens REPARATIONS, too.

Joseph S. Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington 98148
*Dated: 9/16/2019 PH. 206-566-1640*