Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a. King Abdul Mumin El, <br>         Plaintiff, <br> v. <br> Heather Winslow Barr, David P. Tracy (individual Jointly & Severally) Law Offices of David P. Tracy & Zottman, Sarah Hudson (individual Jointly & Severally)  d.b.a. King County Superior Court Bailiff, Attorney Kristin Richardson (individual Jointly & Severally)  d.b.a King Couonty Superior Court Judge, Attorney Kathryn D. Fields (individual Jointly & Severally) d.b.a. King County Superior Court Judge, King County Superior Court, Sate of Washington, et al., <br>         Defendants. | Case No. 2:19-cv-01489 RSM <br><br> **PROOF OF SERVICE** |

<u>Certificate of Service</u>

    I certify under penalty of perjury that on the date this document was filed, a copy of this document, including the **Defendants Motion to Dismiss** was mailed via USPS first-class mail, postage pre-paid to:

    Josepth Stanley Pigott
    604 S 162ND ST
    Burien, WA 98148

DATED: October 25, 2019

                DC Law Group NW

                _____
                Matthew Cunanan, WSBA # 42530
                Of Attorneys for Defendants