UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STANLEY PIGOTT,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER WINSLOW BARR, et al.,<br><br>Defendants. | Case No. C19-1489RSM<br><br>ORDER STRIKING ALL MOTIONS AND TO SHOW CAUSE |

*Pro se* Plaintiff Joseph Stanley Pigott has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #32. The Complaint was posted on the docket on October 25, 2019. Dkt. #33. Summonses have not yet been issued. However, prior to any of this, Mr. Pigott attempted to serve Defendants and file proofs of service. *See* Dkts. #3 and #4. These proofs are obviously deficient as the summonses were served on Defendants before Mr. Pigott was granted IFP status and before the Clerk could issue summonses. Because Summonses have not yet been issued, no Defendant has been properly served and it is not possible for any Defendant to be in default.

Mr. Pigott of Burien brings suit against his ex-wife Heather Winslow Barr and several attorneys involved with divorce proceedings in King County Superior Court. Dkt. #33. He claims that the divorce proceedings violated the Moorish American Treaty of Peace &

ORDER STRIKING ALL MOTIONS AND TO SHOW CAUSE - 1

Friendship of 1787 as well as R.I.C.O. laws and that he is actually King Abdul Mumin El of Morocco. *Id.* Mr. Pigott pleads that Defendants owe him "over $60,000,000.00 for OBSTRUCTION OF JUSTICE…" *Id.* at 6 (emphasis in original). He goes on to allege that "Attorney Barbara Linde pretended to be a Judge" and that he "demanded that the case for Divorce be had in an U.S. Constitution Article III Moroccan Court, because I am a Moor/Noble and there are no Official Judicial Bonds for the Judges & Oaths of Offices are void." *Id.* He goes on to challenge the procedures of the divorce proceedings, including that the judge refused to recuse herself, that she "just stop listening to me and started talking to Heather Barr and was asking Heather to testify against me," and that Ms. Barr's attorneys had a conflict of interest and engaged in treason. *Id.* at 7. He alleges that Ms. Barr improperly informed the divorce court of a lis pendens action against Mr. Pigott's property, and that his property is being stolen from him. Allegedly at the hearing three attorneys admitted to being at war with the Moors and working for the Ku Klux Klan. *Id.* at 9. Mr. Pigott alleges that Defendants have used King County Superior Court as a "war machine." *Id.* at 11.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

The Court does not see a basis for subject matter jurisdiction in this matter. The parties all reside in the State of Washington, thus there is no jurisdiction based on diversity. The U.S. Constitution and R.I.C.O. claims rest on facts that appear to be entirely frivolous. Further, any claim Mr. Pigott has with the proceedings in the state court are properly addressed on appeal within the state court system. Plaintiff's Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

In response to this Order, Plaintiff must write a short and plain statement telling the Court: (1) facts to support his R.I.C.O. claim and claim that Defendants violated a treaty as to him personally in the divorce proceedings, (2) why this case is not properly brought as an appeal within the state court system, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six (6) pages**. Plaintiff is not to file additional pages as attachments and the Court will consider no further pages. No other parties need to file a response. The Court will take no further action in this case until Plaintiff has submitted this Response.

Accordingly, the Court hereby finds and ORDERS:

1) Plaintiff shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

2) Mr. Pigott's prior Motions for Default, Dkts. #9, #13, #15, #17, #19, #21, #23, and #25 are DENIED. Those parties cannot be in default as summonses have not been issued in this case.

3) All other pending Motions are STRICKEN AS MOOT.

DATED this 28 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE