

King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Stanley Pigott a.k.a King Abdul Mumin El, Derrick Donnell Taylor-Nairn-Inmate REG.# 48972-086, Morocco, United States Of America, et al.,<br><br>*Plaintiff(s)*<br>v.<br>Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF  DAVID P. TRACY & ZOTTMAN, Sarah Hudson   (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Barbara Linde (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Daniel T. Satterberg (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR, Samantha Kanner (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR, Howard Lee Phillips (Individual, Jointly & Severally), Nicole MacInnes (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Carl Andrew Colasurdo (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR,   ATTORNEY GENERAL FOR WASHINGTON STATE Bob Ferguson (Individual, Jointly & Severally),  et al.,<br><br>Defendant(s). | CASE NO.  19-cv-01489 RSM<br><br>PLAINTIFF'S MOTION FOR JOINDER OF NECESSARY PARTIES<br><br>F.R.C..P. 19 & 20 |

## MOTION FOR JOINDER

COMES NOW, Plaintiff moves the Court for Joinder Of Parties on the grounds of Treason, Fraud and F.R.C.P. 19 & 20.

## RELIEF REQUESTED

1. Plaintiffs demands to hold all Court hearings in the Court Of Morocco, pursuant to the COURT ORDERED Moorish American Treaty Of Peace & Friendship Of 1787 & the Constitution of the United States Of America, which is the Republic Form of Government, at Article 21 of the Moorish American Treaty Of Peace & Friendship of 1787.

2. That all Statutes, Codes, Ordinances, Case Law State & Federal Court Rule Books & Procedure etc. be banned, in the instant case.

3. That the Moorish American Treaty Of Peace & Friendship/INTERNATIONAL SUPREME LAW OF THE LAND be united with the United States Constitution to Restore the Republic Form Of Government.

4. That ALL B.A.R./BRITISH ACCREDITED REGENCY members provide their FOREIGN AGENT REGISTRATION ACT & ANTI BRIBERY STATEMENTS, to Plaintiffs.

5. That ALL new Plaintiffs & Defendants be Joindered into the instant case.

## STATEMENT OF FACTS

6. That this is a Qui Tam Class Action Case for all Moors to take back their Dominions that was left to them, by their Ancestors of the Kingdom Of Morocco.

7. That the United States Of America is a Business that was left here for the Posterity Of The Moors to conduct Commerce with the United States Citizen, after the 13 Colonies lost a War to the Kingdom Of Morocco and Surrendered to the Moors of the Kingdom Of Morocco.

8. That the United States Of America is not the land of the Kingdom Of Morocco, or the so called United States. It was the 13 Colonies and the Moors own them, from the loss of the War, and their debts owed, & Contracts to the Kingdom Of Morocco.

9. Only the Nobles can hold the Office of President Of The United States Of America. At this time, Donald John Trump, is an IMPOSTOR HOLDING A NOBLES OFFICE POSITION OF PRESIDENT.

10. Only a Noble can be in the Seats of ALL GOVERNMENT OFFICES.

11. That the OATH OF OFFICE that is taken, by an office holder, is taken to Uphold the Moorish American Treaty Of Peace & Friendship Of 1787 SUPREME LAW OF THE LAND, which is MOSLEM LAW& the Constitution of the United States Of America, which is the Commerce by laws & is the GREAT WILL/WILL TOTHE PROMISED LAND TRUST CONTRACT, for the Moors to do business, with the United States Citizen and allow the United States Citizen to Pass & Repass Our Country & Seaports without interruption, but only within the Boundaries of the the 13 States, period. And to protect the United States Citizens, as they travel through our Seven Seas, of the Kingdom Of Morocco, as the United States Citizen could not buy the land.

12. That the United States Citizen has no COURT in the Kingdom Of Morocco, because the United States Citizen can't have a job here, or live in the Kingdom Of Morocco, pursuant to Article 14 of the Moorish American Treaty Of Peace & Friendship Of 1787 SUPREME LAW OF THE LAND.

13. At this time, I am Protecting, Defending, Enforcing & Prosecuting the COURT ORDERED Moorish American Treaty Of Peace & Friendship Of 1787 SUPREME LAW OF THE LAND & the Constitution Of the United States Of America (De Jure Government) for Treason against the Moors of the Kingdom Of Morocco.

14. ALL of the Court Orders the Lawyers got against me, in the King County Superior Court, were JUSTIFIED, by the use of their FAKE COURTS Rules, Statutes, Codes, Case Law and the like, to win against the Moorish American Treaty Of Peace & Friendship Court Order.

15. These FAKE COURTS JUSTIFY the MURDERS OF THE MOORS, by using their FAKE COURTS Court Rules, Statutes, Codes & Case Law, which is CONTRARY to the SUPREME LAW OF THE LAND.

16. These FAKE COURTS are made up, by the B.A.R. Attorneys of the BRITISH ACCREDITED REGENCY, as a MONOPLY to rule the People, of the Kingdom Of Morocco, and others.

17. The B.A.R. has stolen & plagiarized the Moors United States Constitution and has made it theirs, by saying that their FOUNDING FATHERS wrote the United States Constitution and FOUNDED the United States Of America and is what is taught in Schools, all around the country.

18. Nothing can be further from the truth, that the United States Citizen Founded the Moors Country & the Moors business the United States Of America.

19. This Fraud is used by the lawyers & Judges use to Steal Lives, Homes, Children and anything else their FAKE COURTS wants to take from you, by being IMPOSTORS.

20. There is only one Court Of Law and all Courts MUST use the SUPREME LAW OF THE LAND, to make any decisions, in ALL Court cases.

21. These lawyers of the B.A.R. & Judges of the B.A.R., are not able to enter into the Moorish American Treaty Of Peace & Friendship Of 1787 & the Unites States Constitution, because they are not Nobles/Moors.

22. The Moorish American Treaty Of Peace & Friendship Of 1787 & the United States

Constitution can only be used, by the Nobles and is International Law and the United States Citizen has no RIGHTS TO THE SUPREME LAW OF THE LAND & THE UNITED STATES CONSTITUTION, to say that they have Constitutional Rights, when the United States Citizen speaks for some defense, in a law suit.

23. That my Ancestors left this WILL TO THE PROMISED LAND/GREAT WILL, for the Moors to Control their Dominions, ALL OVER THE WORLD.

24. My job, as a Noble Moor, and Private U.S. Attorney General, and, in the Interest Of The Public, is to REMOVE THE DEMOCRATIC GOVERNMENT & RESTORE the REPUBLIC FORM OF GOVERNMENT and rid the people of ALL WRONGDOERS that are conducting HIGH TREASON & TREASON against the De Jure Government, of the People of the Kingdom Of Morocco.

Respectfully Submitted,

s/Joseph Stanley Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington [98148]
Ph. 206-566-1640