Hon. Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Joseph Stanley Pigott, et al.,

    Plaintiff,

v.

Heather Barr, et al.

    Defendants.

No. 19-cv-01489

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JOINDER

THIS MATTER comes before the Court on Plaintiff motion for Joinder Of Parties. Having reviewed the papers filed in support of and in opposition to this motion (if any), and being fully advised, the Court finds that Plaintiffs has demonstrated that the Parties be Joinder and Necessary.

26

Case 2:19-cv-01489-RSM   Document 42-1   Filed 11/19/19   Page 2 of 5

1   DATED this _____ day of _____, 2007 at _____ a.m./p.m.

22
23                            Hon. Judge Ricardo S. Martinez
                              United States District Judge
24
25
26

1  Presented by:

2
   YARMUTH WILSDON CALFO PLLC
3

4  By: s/Angelo J. Calfo
       Angelo J. Calfo, WSBA #27079
5      Lyle A. Tenpenny, WSBA #34883
   Fourth & Madison
6  925 Fourth Avenue, Suite 2500
   Seattle, WA 98104
7  Phone: (206) 516-3800
   Fax:   (206) 516-3888
   Email: acalfo@yarmuth.com
            ltenpenny@yarmuth.com
9

10 Michael A. Jacobs (admitted *pro hac vice*)
11 Lynn M. Humphreys (admitted *pro hac vice*)
   Morrison & Foerster LLP
   425 Market Street
12 San Francisco, CA 94105-2482

13 Phone: (415) 268-7000
   Fax: (415) 268-7522
14

15 Attorneys for Plaintiff Autodesk, Inc.

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

No. C06-1637-MJP

456.01h

3

**YARMUTH ILSD ON CALL O PLLC**

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104