

King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES DISTRICT COURT
for the

## WESTERN DISTRICT OF WASHINGTON

Joseph Stanley Pigott a.k.a King Abdul Mumin El, Derrick Donnell Taylor-Nairn-Inmate REG.# 48972-086, Morocco, United States Of America, et al.,

*Plaintiff(s)*

v.

Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF   DAVID P. TRACY & ZOTTMAN, Sarah Hudson   (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Barbara Linde (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Daniel T. Satterberg (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR, Samantha Kanner (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR, Howard Lee Phillips (Individual, Jointly & Severally), Nicole MacInnes (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Carl Andrew Colasurdo (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR,   ATTORNEY GENERAL FOR WASHINGTON STATE Bob Ferguson (Individual, Jointly & Severally),  et al.,

Defendant(s).

CASE NO.  19-cv-01489 RSM

KING ABDUL MUMINS DECLARATION IN SUPPORT FOR MOTION FOR JOINDER OF NECESSARY PARTIES & REPLY TO ORDER TO SHOW CAUSE OF JUDGE RICARDO SALAZAR MARTINEZ

1. That, Joseph Stanley Pigott a.k.a. King Abdul Mumin El, is the Posterity and Nobel Heir of the Kingdom Of Morocco and is of Sound Mind, Body & Spirit to say to this UNITED STATES COURT and Judge Ricardo S. Martinez, that the UNITED STATES OF AMERICA & CONGRESS signed the Moorish American Treaty Of Peace & Friendship Of 1787 and the United States Constitution to be in Friendship and do Commerce with the Moors.

2. That I, King Abdul Mumin El, am the Protector, Defender & Enforcer of the WILL TO THE PROMISED LAND, between the Moors & the United States Citizens.

3. That your job and all other judicial officer's jobs came from the Court Of Morocco, and you have to protect this COURT ORDERED Moorish American Treaty Of Peace & Friendship & the U.S. Constitution, as your Oath Of Office came from the COURT ORDER, in 1787.

4. Mr. Ricardo Salazar Martinez, I will attempt to answer your 3 questions, as I speak from the Court Of Morocco, which is my Court and the Court you MUST PROTECT, pursuant to the Article 6 of the U.S. Constitution paragraph 2 & 3.

    **One.**  I gave you a Court Order to give to President Donald John Trump, to Restore this Government, in our first case, when I did a REMOVAL to the Federal Court, as a Private U.S. Attorney General and told you that this case is a bogus case, in Case # C19-682 RSM, as my home is involved in a Class Action and is not to be disturbed.

5. You failed to Give my Order to the President, as Moors Don't Take Orders, they give Orders, because the land belongs to us to rule.  However, you don't seem to know your job is to protect the Moors, when a Moor gives you an Order to act, pursuant to the Moorish American Treaty Of Peace & Friendship's 25 Articles.

6. You gave an Order to the Attorney Cunanan, who can't appear in any Court, because

all attorneys are CON MEN and made up this Fake Court you know work for and the Court Rules, for their benefit to win every case they want to win.

7. Lawyers are B.A.R. Members, just like you are a B.A.R. Member, Judge/Public Servant Ricardo Salazar Martinez, and you are Racketeering with them, by using your Fake Statutes & Codes, to defeat the Moorish American Treaty Of Peace & Friendship & the U..S. Constitution.  THIS COURT CAN ONLY USE THE COURT OF MOROCCO FOR COURT, PERIOD.

8. You have a total Misconduct of Office and CONFLICT OF INTEREST and act in BAD FAITH & BAD BEHAVIOUR with a HIGH DEGREE of Moral Turpitude, as if I am Dumb, as hell, too, as you pretend to be giving DUE PROCESS.

9.     **TWO.** The Court of Appeal is Contrary to and notwithstanding and violates Articles 6 & 3 Sec. 3 of the United States Constitution, in which you are bound to know that these Court of Appeal Courts are Fake and made up, by the B.A.R. Members, to trick the Moors, and others.

10. The lawyers that are defendants are United States Citizens and can't live here or have a job here and have made up a school to cover up the facts that they don't have a court to try a Moor, because the Moor is the Owner of United States Of America business, in which you are bound to protect, per your Oath Of Office, but you don't know your job, or what you are doing, while you damage me and give AID & COMFORT to the State Court FAKE COURT SYSTEM that you are placing blame on me, for not attending a bogus Court, when these Fake Court Rules, can not be used to try a COURT ORDER of the SUPREME LAW OF THE LAND AND IS MOSLEM LAW.

11. Your Court Of Appeals statement shows that you are clearly Conspiring with the lawyers to steal my Land.  Europeans/so called White People don't have land and

can't take my land, from me, however, you knowingly, willfully, intentionally with malice keep using these Fake Cases to Thwart the Truth of the Default the Defendants are in, because I am filing and suing pursuant to Article 21 of the Moorish American Treaty Of Peace & Friendship & the U.S. Constitution, which can't be tampered with, by you Judge Martinez and the friends you have that have sent you bogus answers, when they can't write anything against a Noble and the lawyers know that I am enforcing a COURT ORDER, just like you enforce a WARRANT FOR ARREST, except, you are working for the lawyer friends that have messed with a King, in a Conspiracy to use my name in BAD FAITH to steal.

12. My grandfather was a MASON.  My grandmother was an EASTERN STAR.  My mother was an EASTERN STAR, and she told me that all judges are MASONS and that I must join the MASONS to stop the lawyers & judges from disrespecting me.  I told her that I would not join the MASONS, because, if they can cheat me, and my family like they have stolen $58,011,000.00, from me, why would I join the MASONS I stated to her, and she just looked at me.  I CAN'T JOIN YOUR GANG.

13. This whole Court System is a made up Court System, by the Scallywags and the Carpetbaggers and that is what this UNITED STATES DISTRICT COURT is being used for, instead of the Court protecting the TRUCE/ARMISTICE/TRUST AGREEMENT, that this Government is based off of and there is no other law to use, for me, because it is GUARANTEED THAT THERE WILL BE A REPUBLIC FORM OF GOVERNMENT PURSUANT TO ARTICLE 4 SECTION 4 OF THE U.S. CONSTITUTION.  (I DEMAND MY GUARANTEED RIGHTS, NOW!)

14. Judge/Servant Ricardo Salazar Martinez, just like you respect the Gudalupe Hidalgo Treaty Of 1848 to stop the Mexican Moors from coming home, you MUST RESPECTFULLY Honor the Moorish American Treaty Of Peace & Friendship Of

1787 & the U.S. Constitution Of 1789's INTERNATIONAL LAW.  Your Statutes & Codes, Case Law and Ordinances can't compare and be used to fight against International Moslem Law.

15. Non of your Courts operates with Moslem Law, only Treasonous Statutes etc., you are bound to know to do your job, however, you MUST BE A NOBLE to use any Court, because only a Noble can use this WILL.

16.    **Three.**  I have been conducting this Federal Criminal Investigation on what the Democratic Government is doing to HUMAN TRAFFIC MOORS & KILL THEM FOR SPORT. I tried to file this case a Criminal Case for Probable Cause with the Clerk and the Clerk said that only the U.S. Attorneys can file a Criminal case and I had to go to the 5th floor and have the U.S. Attorney's Office to file this case.

17. I went to the U.S. Attorney's Office and was told that they wouldn't file my case and I was tossed out off of the 5th floor, by Security, for nothing, however, I gave the Criminal Complaint to U.S. Marshal, Donrien Stephens to file this and aid me with prosecuting and arresting the Defendants listed.

18. THAT THERE IS NOTHING I DO TO FIGHT FOR JUSTICE, FRIVOLOUS, but you would know that this is not a Frivolous Case, if you know your job, but you are bound to the B.A.R., and you MUST BE A NOBLE TO HAVE A JUDGE POSITION, and you are not a NOBLE.  THIS IS A CRIMINAL CASE AND BEING BLOCKED, BY YOU AND YOUR FRIENDS OF THE B.A.R.

19. I have made you a Defendant, Judge/Servant Ricardo Salazar Martinez, because this ORDER STRIKING ALL MOTIONS AND SHOW CAUSE, clearly made to interfere with the INTEREST OF THE PUBLIC to remove Criminals, from the Kingdom Of Morocco.

20. I SELF LAW AM MASTER/I.S.L.A.M., AND I, King Abdul Mumin El, IS YOUR

MASTER AND RULER OVER MY DOMINIONS. Judge Ricardo Salazar Martinez, you are a Servant, and you don't have Authorization to make an Order over My COURT ORDERED TRUST, to make me SHOW CAUSE FOR ANYTHING. Your job is to carry out my Orders, when I bring problems to My Court.

21. My Order to you you is to Provide me with ACCESS TO THE MOROCCAN COURT, AS A MATTER OF LAND AND BIRTH RIGHTS, TO PROTECT MY DOMINIONS, AS YOUR OATH OF OFFICE REQUIERS YOU TO UPHOLD.

22. I gave you an Order, when I asked for DISCOVERY to Prosecute this case.

23. Simply put, you are not Qualified to determine Moslem Law, in order to give the the efficacy needed to make any kind of determination, in this case.

Respectfully Submitted,

s/Joseph Stanley Pigott a.k.a. King Abdul Mumin El
Private U.S. Attorney General
604 So. 162nd St.
Burien, Washington [98148]
Ph. 206-566-1640