1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JOSEPH STANLEY PIGOTT,

Case No. C19-1489 RSM

10

Plaintiff,

ORDER OF DISMISSAL

11

v.

12

HEATHER WINSLOW BARR, et al.,

13

14

Defendants.

15

This matter comes before the court *sua sponte*. *Pro se* Plaintiff Joseph Stanley Pigott

16
has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #32. The Complaint

17
was posted on the docket on October 25, 2019. Dkt. #33. On October 28, 2019, the Court

18
issued an Order to Show Cause directing Mr. Pigott to "write a short and plain statement telling

19
the Court: (1) facts to support his R.I.C.O. claim and claim that Defendants violated a treaty as

20
to him personally in the divorce proceedings, (2) why this case is not properly brought as an

21
appeal within the state court system, and (3) why this case should not be dismissed as

22
frivolous." Dkt. #40. The response was due within 21 days, in other words it was due no later

23
than November 18, 2019. The Court warned that failure to file this response will result in

24
dismissal of this case. Mr. Pigott failed to file a timely response.

25

26

27

28

ORDER OF DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mr. Pigott's untimely Response, filed on November 19, 2019, has been reviewed by the Court.  Mr. Pigott does not substantively address the Court's questions.  Instead, Mr. Pigott reiterates the baseless claim that he is King of Morocco, personally has a treaty with the United States, and speaks "from the Court of Morocco, which is my Court and the Court you MUST PROTECT, pursuant to the Article 6 of the U.S. Constitution paragraph 2 & 3."  Dkt. #43 at 2 (emphasis in original).  Although Mr. Pigott is a plaintiff seeking relief from this Court, Mr. Pigott repeatedly indicates a total lack of respect for this Court's authority.  For example, he states: "Moors Don't Take Orders, they give Orders, because the land belongs to us to rule;" "[t]his whole Court System is a made up Court System, by the Scallywags and the Carpetbaggers;" "Non [sic] of your Courts operates with Moslem Law, only Treasonous Statutes etc., you are bound to know to do your job, however, you MUST BE A NOBLE to use any Court, because only a Noble can use this WILL;" "I SELF LAW AM MASTER/I.S.L.A.M., AND I, King Abdul Mumin El, IS YOUR MASTER AND RULER OVER MY DOMINIONS;" "Judge Ricardo Salazar Martinez, you are a Servant, and you don't have Authorization to make an Order over My COURT ORDERED TRUST, to make me SHOW CAUSE FOR ANYTHING;" and "[y]our job is to carry out my Orders, when I bring problems to My Court."  Dkt. #43 (emphasis in original).  The Court concludes that Mr. Pigott has failed to explain why he has not brought his concerns with the underlying state court action as a direct appeal within the state court and has failed to explain why his claims are not frivolous.

To briefly summarize Mr. Pigott's claims, he is suing his ex-wife Heather Winslow Barr and several attorneys involved with divorce proceedings in King County Superior Court.  Dkt. #33.  He claims that the divorce proceedings violated the Moorish American Treaty of

ORDER OF DISMISSAL - 2

Peace & Friendship of 1787 as well as R.I.C.O. laws and that he is actually King Abdul Mumin El of Morocco. *Id*. Mr. Pigott pleads that Defendants owe him "over $60,000,000.00 for OBSTRUCTION OF JUSTICE…" *Id*. at 6 (emphasis in original). He goes on to allege that "Attorney Barbara Linde pretended to be a Judge" and that he "demanded that the case for Divorce be had in an U.S. Constitution Article III Moroccan Court, because I am a Moor/Noble and there are no Official Judicial Bonds for the Judges & Oaths of Offices are void." *Id*. He goes on to challenge the procedures of the divorce proceedings, including that the judge refused to recuse herself, that she "just stop listening to me and started talking to Heather Barr and was asking Heather to testify against me," and that Ms. Barr's attorneys had a conflict of interest and engaged in treason. *Id.* at 7. He alleges that Ms. Barr improperly informed the divorce court of a lis pendens action against Mr. Pigott's property, and that his property is being stolen from him. Allegedly at the hearing three attorneys admitted to being at war with the Moors and working for the Ku Klux Klan. *Id*. at 9. Mr. Pigott alleges that Defendants have used King County Superior Court as a "war machine." *Id*. at 11.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As previously stated, the Court does not see a basis for subject matter jurisdiction in this matter. The parties all reside in the State of Washington, thus there is no jurisdiction based on diversity. The U.S. Constitution and R.I.C.O. claims rest on facts that are entirely frivolous. Further, any claim Mr. Pigott has with the proceedings in the state court are properly addressed on appeal within the state court system. The Court finds that Mr. Pigott's Complaint suffers from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

ORDER OF DISMISSAL - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's claims are DISMISSED and this case is CLOSED.   All pending Motions are DENIED.

DATED this 20th day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 4