# United States District Court

### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JOSEPH STANLEY PIGOTT,

        *Plaintiff,*

        v.

HEATHER WINSLOW BARR, et al.,

        *Defendants.*

## JUDGMENT IN A CIVIL CASE

Case No. C19-1489 RSM

____   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Plaintiff's claims are DISMISSED and this case is CLOSED.

Dated this 20th day of November 2019.

WILLIAM M. MCCOOL
Clerk

/s/ Paula McNabb
Deputy Clerk