United States District Court for the WESTERN
District of SEATTLE
File Number 19-CV-01489 RSM

| | |
|---|---|
| King Abdul Mumin El, et al.<br><br>Appellant<br><br>v.<br><br>Heather Winslow Barr, et al.          Defendant. | Notice of Appeal |

Notice is hereby given that King Abdul Mumin El), (defendants) in the above named case,* hereby appeal to the United States Supreme Court of Appeals for the Appeal (from the final judgment) (from an Order DismissingOf Dismissal entered in this action on the 20rd day of November, 2019.

(s) _____

Counsul King Abdul Mumin El
Address:_604 So. 162nd St.
Burien, Washington [98148]

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.