# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)**   19-35977

**Case Name**   Joseph Stanley Pigott v. King County Superior Court et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Motion for Preliminary Injunction to stop an Eviction at my home located at 604 So. 162nd St. Burien, Wa. 98148 & Joinder Of Parties.

Relief is needed no later than *(date)*:   12/5/2019

The following will happen if relief is not granted within the requested time:

> That the King County Sheriff is coming to evict me out of my home, by 12/5/2019.

I could not have filed this motion earlier because:

> I was just served a NOTICE TO VACATE my home, on 12/3/2019 and have been in appeal to stop a Fraudulent Court Order made and signed, by an attorney, posing as a Judge, in a fake hearing, while the case was in appeal and a Mandate had not been issued, by the 9th Circuit Court Of Appeals. Mandate was issued, on case # 19-35732, on September, 17, 2019.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court:  ⦿ Yes   ○ No

    If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes   ○ No

    If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: 12/4/2019

By *(method)*: Telephone

Position of other parties: Defendants

Name and best contact information for each counsel/party notified:

> Matthew Cunanan - 206-494-0400
> King County Sheriff, Detective P. Thiry - 206-423-6372
> David P. Tracy - 425-277-0977
> Samantha Kanner - 206-296-0430

I declare under penalty of perjury that the foregoing is true.

**Signature** s/Joseph Stanley Pigott    **Date** 12/4/2019

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*