

King Abdul Mumin El
Of The Kingdom Of Morocco

# UNITED STATES COURT OF APPEALS FOR THE 9TH CURCUIT

| | |
|---|---|
| Joseph Stanley Pigott a.k.a King Abdul Mumin El, Derrick Donnell Taylor-Nairn-Inmate REG.# 48972-086, Morocco, United States Of America, et al., <br> *Plaintiff(s)* <br> v. <br> Heather Winslow Barr, David P. Tracy (Individual Jointly & Severally) LAW OFFICES OF   DAVID P. TRACY & ZOTTMAN, Sarah Hudson   (Individual Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT BAILIFF, Attorney Kristin Richardson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Attorney Kathryn D. Fields (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Barbara Linde (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Daniel T. Satterberg (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR, Samantha Kanner (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR, Howard Lee Phillips (Individual, Jointly & Severally), Nicole MacInnes (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Carl Andrew Colasurdo (Individual, Jointly & Severally) d.b.a. KING COUNTY PROSECUTOR,  ATTORNEY GENERAL FOR WASHINGTON STATE Bob Ferguson (Individual, Jointly & Severally),  et al., <br> Defendant(s). | CASE NO.  19-35977 <br><br> PLAINTIFF'S MOTION FOR JOINDER OF NECESSARY PARTIES LIST OF ADDITIONAL DEFENDANTS <br><br> F.R.C..P. 19 & 20 |

LIST OF ADDITIONAL WITNESSES FOR JOINDER

ADDITIONAL PLANTIFFS

Derrick Donnell Taylor-Nairn Inmate REG.# 48972-086, United States Of America, et al.,

ADDITIONAL DEFENDANTS

Walter O. Peal (Individual, Jointly & Severally) d.b.a. Public Defender, Jeffery M. Ramsdell (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT JUDGE, Henry H. Judson, (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT COMMISSIONER, Rajeev Majumdar (Individual, Jointly & Severally) d.b.a. PRESIDENT OF WASHINGTON STATE BAR ASSOCIATION, Matthew Cunanan (Individual, Jointly & Severally) d.b.a. DC LAW GROUP NW,  Mitzi G. Johanknecht (Individual, Jointly & Severally) d.b.a. KING COUNTY SHERIFF, B.B. Anderson (Individual, Jointly & Severally) d.b.a. KING COUNTY DEPUTY SHERIFF, P. Thiry (Individual, Jointly & Severally) d.b.a. KING COUNTY DEPUTY SHERIFF, J.E. Tracey (Individual, Jointly & Severally) d.b.a. KING COUNTY DEPUTY SHERIFF, D.J. Plotkin (Individual, Jointly & Severally) d.b.a. KING COUNTY DEPUTY SHERIFF, Eric Nielsen (Individual, Jointly & Severally) d.b.a. Law Offices Of Nielsen, Broman & Koch, Ken Schubert (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Scott A. Marlow (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT PROSECUTOR, Gilbert H. Levy (Individual, Jointly & Severally) d.b.a. LAW OFFICE OF GILBERT H. LEVY, (Individual, Jointly & Severally), Palmer Robinson (Individual, Jointly & Severally) d.b.a. KING COUNTY SUPERIOR COURT Judge, Governor Jay Inslee (Individual, Jointly & Severally) d.b.a. Governor of THE STATE OF WASHINGTON, Thomas E. Weaver (Individual, Jointly & Severally) d.b.a. THOMAS E. WEAVER LAW OFFICE, John McHale (Individual, Jointly & Severally) d.b.a. KING

COUNTY SUPERIOR COURT Judge, CORRECTIONS CORPORATION OF AMERICA, FEDERAL BUREAU OF PRISONS, John Roberts (Individual, Jointly & Severally) d.b.a. Chief Justice of the UNITED STATES SUPREME COURT, Clarence Thomas (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Ruth Bader Ginsberg (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Stephen Breyer (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Samuel Alito (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Sonia Sotomayor (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Elena Kagan (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Neil Gorsuch (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Brett Kavanaugh (Individual, Jointly & Severally) d.b.a. Associate Justice for the UNITED STATES SUPREME COURT, Ricardo Salazar Martinez (Individual, Jointly & Severally) d.b.a. Chief UNITED STATES DISTRICT JUDGE, Mary Alice Theiler (Individual, Jointly & Severally) d.b.a. UNITED STATES DISTRICT COURT MAGISTRATE JUDGE, John C. Coughenour (Individual, Jointly & Severally) d.b.a. Senior UNITED STATES DISTRICT JUDGE, Donrien Stephens (Individual, Jointly & Severally) d.b.a. Senior Inspector UNITED STATES DEPT OF JUSTICE UNITED STATES MARSHALS SERVICE, Donald John Trump (Individual, Jointly & Severally) d.b.a. President Of The UNITED STATES OF AMERICA, Mike Pence (Individual, Jointly & Severally) d.b.a. VICE PRESIDENT OF THE UNITED STATES OF AMERICA, William Barr (Individual, Jointly & Severally) d.b.a. UNITED STSATES ATTORNEY GENERAL, Nancy Pelosi (Individual, Jointly & Severally) d.b.a. SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES, et al.

                                  Defendants.

Respectfully Submitted,

s/Joseph Stanley Pigott a.k.a. King Abdul Mumin El

Private U.S. Attorney General

604 So. 162nd St.

Burien, Washington [98148]

Ph.# 206-566-1640