UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH STANLEY PIGOTT, Jr., AKA King Abdul Mumin El,<br><br>  Plaintiff-Appellant,<br><br>  v.<br><br>HEATHER WINSLOW BARR; et al.,<br><br>  Defendants-Appellees. | No.   19-35977<br><br>D.C. No. 2:19-cv-01489-RSM<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  THOMAS, Chief Judge, and BERZON, Circuit Judge.

Appellant's emergency motion for an injunction pending appeal (Docket Entry No. 4) is denied.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Appellant's motion for joinder (Docket Entry No. 5) is denied.

The briefing schedule established previously remains in effect.

LAB/MOATT